IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CURTIS LEE KING,
    Petitioner,

vs.                                          Case No.: 3:15cv98/LAC/EMT

JULIE L. JONES,
    Respondent.
_____/

## **O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated June 2, 2016 (ECF No. 19). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of the objections filed.

    Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (ECF No. 15) is **GRANTED**.

3. The habeas petition (ECF No. 1) is **DISMISSED** with prejudice as untimely.

4. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 16th day of June, 2016.


    *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**